Alan M. Levinsky (SBN: 006702)
**BUCHALTER NEMER**
16435 North Scottsdale Road, Suite 440
Scottsdale, AZ 85254-1754
Telephone: (480) 383-1800
Facsimile: (480) 824-9400
Email: alevinsky@buchalter.com

Attorneys for Creditor

IN THE UNITED STATES BANKRUPTCY COURT

IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>HARVEY STEVEN SHAPIRA and<br>CAROL LYNN BRANDT,<br><br>Debtor(s), | Chapter 7<br><br>No. 2:10-bk-13303 CGC<br><br>**NOTICE OF LODGING FORM OF ORDER** |

COMES NOW FORD MOTOR CREDIT COMPANY LLC/HTD LEASING LLC (its TITLING COMPANY( by and through undersigned counsel hereby provides notice of lodging its form of Order Approving Assumption of the Lease Agreement.

DATED: June 16, 2010          BUCHALTER NEMER

By: /s/ AML - #006702
  Alan M. Levinsky
  16435 North Scottsdale Road, Suite 440
  Scottsdale, AZ 85254-1754
  Attorneys for Creditor

BN 1163807v1

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

IN THE MATTER OF:

HARVEY STEVEN SHAPIRA
CAROL LYNN BRANDT
Debtor(s).

Case No. 2:10-bk-13303 CGC
Chapter 7

## ORDER APPROVING ASSUMPTION OF THE LEASE AGREEMENT BETWEEN DEBTORS AND FORD MOTOR CREDIT COMPANY LLC/HTD LEASING LLC (its TITLING COMPANY)

This matter having come before the court upon Stipulation between **FORD MOTOR CREDIT COMPANY LLC/HTD LEASING LLC (its TITLING COMPANY)** ("Lessor") and the Debtors, by and through their undersigned counsel; and the Court being fully advised in the premises:

**IT IS HEREBY ORDERED** that the Debtors' assumption of the Lease Agreement between Lessor and the Debtors regarding the lease of a **2007 MAZDA 6, VIN: 1YVHP80C475M06359** (the "Lease Agreement") pursuant to 11 U.S.C. §365(p), as a personal liability of the Debtors is approved;

**IT IS FURTHER ORDERED** that the Debtors waive the affect, if any, the discharge under 11 U.S.C. §524(a) has as to the assumed Lease Agreement.

Date: _____

_____
**HONORABLE**
**UNITED STATES BANKRUPTCY COURT JUDGE**

Account No.: xxxx7414

F3068.2505 BN 6277094v1